FILED
CLERK, U.S. DISTRICT COURT

August 6, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALANCED BRIDGE FUNDING, LLC f/k/a THRIVEST SPECIALTY FUNDING, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXIS C. HARPER,<br><br>　　　　Defendant. | Case No. 2:21-cv-00663-SB-JC<br><br>Judge: Hon. Stanley Blumenfeld, Jr<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

IT IS ORDERED that the above entitled lawsuit is hereby dismissed WITHOUT PREJUDICE.  Each party shall bear its own costs and fees.

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 6, 2021



Stanley Blumenfeld, Jr
United States District Judge